IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-16-57-GF-BMM |
| Plaintiff, | |
| vs. | **AMENDED ORDER** |
| JOHN EDWARD STEVENSON, | |
| Defendant. | |

Defendant John Edward Stevenson has filed a Motion to Continue Sentencing Memorandum Deadline. The Government has no objections to the motion. Therefore, IT IS ORDERED that the Defendant has up to and including January 6, 2017, to file a Sentencing Memorandum in this case.

DATED this 28th day of December, 2016.

_____
Brian Morris
United States District Court Judge